**FILED**

**NOVEMBER 26, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**07 C 50234**

| | |
|---|---|
| MR. EKRAM SAEED, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL B. MUKASEY, Attorney | ) |
| General of the United States; | ) |
| ROBERT MUELLER, Director, Federal | ) |
| Bureau of Investigations | ) |
| MICHAEL CHERTOFF, Secretary of | ) |
| Department of Homeland Security; | ) |
| EMILIO T. GONZALEZ, Director, | ) |
| U.S. Citizenship and Immigration Services; | ) |
| RUTH A. DOROCHOFF, District | ) |
| Director, Department of Homeland | ) |
| Security, Chicago District Office | ) |
| | ) |
| Defendants. | ) |

No:_____

**JUDGE KAPALA**
**MAGISTRATE JUDGE MAHONEY**

Petition for a Hearing on
Naturalization Application
under 8 U.S.C. § 1447(b)

## INTRODUCTION

1.     Plaintiff is a lawful permanent resident of the United States who is statutorily eligible to naturalize and become a United States citizen. Plaintiff's application for naturalization has been unlawfully delayed by defendants. As a consequence, this Court has jurisdiction to adjudicate Plaintiff's naturalization application and to grant him citizenship pursuant to 8 U.S.C. § 1447(b).

## JURISDICTION AND VENUE

2.     This Court has jurisdiction over the subject matter of this case pursuant to 8 U.S.C. § 1447(b) (jurisdiction over naturalization applications), 28 U.S.C. § 1331

(federal question jurisdiction), 28 U.S.C. § 2201 (declaratory judgment) and 5 U.S.C. § 701 (Administrative Procedures Act).

3.     Venue is proper in this action pursuant to 28 U.S.C. § 1391(e)(3) and 8 U.S.C. § 1447(b) because Defendants maintain their offices in this district and the USCIS Office in this district is adjudicating Plaintiff's Application for Naturalization.

## PARTIES

4.     Plaintiff has resided in the United States as a lawful permanent resident since September 10, 1999.  His claim to naturalization arises under 8 U.S.C. § 1447(b).

5.     MICHAEL B. MUKASEY is the Attorney General of the United States, and is sued in his official capacity.  Under the direction of the Attorney General, the Department of Justice is the agency of the United States government that has authority to conduct background checks and security checks for individuals who are applying for naturalization.

6.     MICHAEL CHERTOFF is the Secretary of the Department of Homeland Security ("DHS"). As of March 1, 2003, DHS is the agency responsible for implementing the Immigration and Nationality Act. Within DHS, the United States Citizenship and Immigration Services is responsible for implementing the provisions under which lawful permanent residents can be naturalized and become United States citizens. *See, e.g.,* 8 U.S.C. § 1421, 8 C.F.R. § 310, and 8 C.F.R. § 316.3.  Mr. Chertoff is sued in his official capacity.

7.     EMILIO T. GONZALEZ is the Director of the U.S. Citizenship and Immigration Services ("USCIS"), a component of the DHS, which is responsible for the

administration of immigration and naturalization adjudication functions and establishing

immigration services policies and priorities.  Mr. Gonzalez is sued in his official capacity.

8.    ROBERT MUELLER is the Director of the Federal Bureau of

Investigation, a component of the Department of Justice, and is sued in his official

capacity. The FBI has responsibility to complete certain name checks, security checks

and other background checks for USCIS and other federal agencies.

9.    RUTH A. DOROCHOFF is the District Director of the Chicago District of

the U.S. Citizenship and Immigration Services of the Department of Homeland Security.

Ms. Dorochoff has been delegated authority to adjudicate applications for naturalization

within the Chicago District. Ms. Dorochoff is sued in her official capacity.

## FACTS

10.    Plaintiff is a native and citizen of Egypt.  He was born on February 11,

1955.

11.    On or about January 19, 2006, Plaintiff filed his application for

naturalization with the U.S. Citizenship and Immigration Services.  On June 6, 2006,

Plaintiff was interviewed and examined on his naturalization application at the Chicago

District Office of the USCIS.

12.    At the examination, Plaintiff passed the tests of English and U.S. history

and government as required under 8 U.S.C. § 1423.  Nevertheless, he was told by the

examining officer that a decision could not yet be made on his application due to a

pending FBI background check.

13.    Plaintiff's Application for Naturalization, filed on January 19, 2006, has

remained pending despite numerous inquiries to defendants about the status of his

application.  The U.S. Citizenship and Immigration Services has indicated that it will not adjudicate Plaintiff's application for naturalization until the background checks have been completed.

14.     Many more than 120 days have passed since the examination, and Defendants have made no decision on Plaintiff's application in violation of 8 U.S.C. § 1447(b).

15.     Plaintiff is eligible for naturalization, meets all the requirements for naturalization, and would have been approved for naturalization if the USCIS had properly followed and implemented the statute.

## CLAIMS FOR RELIEF

16.     Defendants' failure to make a determination on Plaintiff's application within the 120-day statutory period entitles Plaintiff to bring this matter before this Court for a hearing pursuant to 8 U.S.C. § 1447(b).

17.     Plaintiff seeks a de novo judicial determination of his naturalization application and a grant of naturalization from this Court.  In the alternative, Plaintiff seeks that the Court remand the application to USCIS with an order that it immediately adjudicate his application.

WHEREFORE, Plaintiff requests that the Court:

A.     Grant this petition and enter a judgment granting Plaintiff's naturalization and ordering that he is a naturalized citizen of the United States;

B.     In the alternative, remand the application to USCIS with an order that it adjudicate the application within 15 days of said order;

C.    Grant attorney's fees and costs under the Equal Access to Justice

Act. 28 U.S.C. § 2412(d) & 5 U.S.C. § 504 et seq., and/or other

appropriate authority;

D.    Grant such other and further relief as may be appropriate.


RESPECTFULLY SUBMITTED this 26 day of November, 2007,
Ekram Saeed



By: _____
        John Shine
        Attorney for Plaintiff


        John Shine
        James Hallagan
        Minsky, McCormick and Hallagan, P.C.
        122 S. Michigan Ave. Suite 1800
        Chicago, IL 60603
        T: (312) 427-6163
        F: (312) 427-6513

## <u>INDEX OF DOCUMENTS IN SUPPORT OF PETITION FOR A<br>HEARING ON NATURALIZATION APPLICATION</u>

1.  Receipt Notice, Form N-400, Application for Naturalization, showing receipt date of January 19, 2006.

2.  Form N-652, Naturalization Interview Results, showing Plaintiff passed the tests of U.S. history and government on June 12, 2006.

3.  Letter dated October 4, 2006, from Ruth A. Dorochoff, District Director of the USCIS Chicago District Office, to U.S. Representative Donald Manzullo, stating that Plaintiff's application has been delayed due to background checks.

4.  Letter from U.S. Representative Donald Manzullo to Plaintiff regarding the status of his naturalization application.

5.  Email dated June 26, 2007, from Robert L. Blackwood, USCIS Chicago District Field Office Director, stating that the background checks still have not cleared.

6.  Stamped Infopass Appointment Notice and accompanying Status Inquiry Form dated October 2, 2007, whereby Plaintiff was informed by the USCIS Chicago District Office that the background checks still have not cleared

# EXHIBIT 1

FROM :

Department of Homeland Security
U.S. Citizenship and Immigration Services

FAX NO. :8153991721    Oct. 11 2007 03:14PM  P2

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt | NOTICE DATE January 30, 2006 |
|---|---|
| **CASE TYPE** N400    Application For Naturalization | **INS A#** A 027 812 256 |
| **APPLICATION NUMBER** LIN*000860139 | **RECEIVED DATE** January 19, 2006 | **PRIORITY DATE** January 19, 2006 | **PAGE** 1 of 1 |

| APPLICANT NAME AND MAILING ADDRESS | **PAYMENT INFORMATION:** |
|---|---|
| EKRAM KAMEL SAEED<br>1823 OLD OAKS CT<br>ROCKFORD IL 61108 | Single Application Fee:    $400.00<br>Total Amount Received:    $400.00<br>Total Balance Due:    $0.00 |

ıllıııılıllıılıılıılııılıln

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:         February 11, 1955
Address Where You Live:    1823 OLD OAKS CT
                ROCKFORD IL 61108

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

| INS Office Address:<br>US IMMIGRATION AND NATURALIZATION SERVICE<br>PO BOX 87400<br>LINCOLN NE 68501- | INS Customer Service Number:<br>(800) 375-5283<br><br>APPLICANT COPY |
|---|---|

LIN$000808224



# EXHIBIT 2

## Naturalization Interview Results

Department of Homeland Security
U.S. Citizenship and Immigration Service

A# _090 812 256_

On **6/12/06** _____, you were interviewed by INS Officer *Ramos-Reyes*

☒ You passed the tests of English and U.S. history and government.
☐ You passed the test of U.S. history and government and the English language requirement was waived.
☐ The Service has accepted your request for a Disability Exception.  You are exempted from the requirement to demonstrate English language ability and/or knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/ _____ read / _____ / write _____/understand English.
☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on the Form N-14.
☐ INS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government.  You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

A)_____ **Congratulations!  Your application has been recommended for approval.**  At this time, it appears that you have established your eligibility for naturalization.  If final approval is granted, you will be notified when and where to report for your Oath Ceremony.

B)_ X _ **A decision cannot yet be made about your application.** *Pending Background check —*

**It is very important that you:**
√  Notify INS if you change your address.
√  Come to any scheduled interview.
√  Submit all requested documents.
√  Send any questions about this application in writing to the officer named above.  Include your full name, Alien Registration Number(#A), and a copy of this paper.
√  Go to any oath ceremony that you are scheduled to attend.
√  Notify INS as soon as possible in writing if you cannot come to any scheduled interview or Oath ceremony.  Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

Form N-652 (01/14/05)\N

EXHIBIT 3

The Honorable Donald Manzullo
U.S. Representative
Attn: Carol E. Wieneke

October 4, 2006

A27-812-256 Ekram Saeed

Dear Congressman Manzullo:

Thank you for your follow up inquiry on behalf of your constituent, Ekram Saeed. We regret to inform you that our records still reflect that the FBI name check has not cleared. As you are aware, Citizenship and Immigration Services may not proceed with the adjudication of the application or petition until this is resolved. Cases are checked weekly for results to keep the adjudication process ongoing and timely. Once the results of the FBI name check are received, a decision on the pending application will be made in an expeditious manner.

Your patience and understanding is appreciated.

Sincerely,

Ruth A. Dorochoff
District Director

EXHIBIT 4

FROM :                                    FAX NO. :8153991721    Oct. 11 2007 03:17PM  P5

DONALD A. MANZULLO
COMMITTEE ON SMALL BUSINESS
CHAIRMAN

COMMITTEE ON
FINANCIAL SERVICES

SUBCOMMITTEE ON
CAPITAL MARKETS, INSURANCE
AND GOVERNMENT
SPONSORED ENTERPRISES

SUBCOMMITTEE ON
DOMESTIC AND INTERNATIONAL
MONETARY POLICY,
TRADE AND TECHNOLOGY

# Congress of the United States
## House of Representatives
## Washington, DC 20515-1316

16TH DISTRICT, ILLINOIS
2228 RAYBURN BUILDING
WASHINGTON, DC 20515
202/225-5676
FAX: 202/225-5284

DISTRICT OFFICES:
415 SOUTH MULFORD ROAD
ROCKFORD, IL 61108
815/394-1231
FAX: 815/394-3930

5166 NORTHWEST HIGHWAY
SUITE 130
CRYSTAL LAKE, IL 60014
815/356-9800
FAX: 815/356-9803

www.house.gov/manzullo

PLEASE RESPOND TO

415 South Mulford Road
Rockford, IL 61108
(815) 394-1231
(815) 394-3930- FAX

October 5, 2006

Ekram Saeed
1823 Old Oak Court
Rockford, IL 61108-6885

Dear Ekram,

After checking with Citizenship and Immigration in Chicago regarding the status of your Application for Naturalization, I received the attached letter.

I will be glad to check on this for you again in 90 days and let you know the status at that time.  In the meantime, if you hear something further please contact Carol Wieneke in my Rockford office and let her know.

With all good wishes, I am

Sincerely,

*Donald A. Manzullo*

Donald A. Manzullo
Member of Congress

enclosure

# EXHIBIT 5

**Sent:**    Tuesday, June 26, 2007 3:49 PM
**To:**    Wieneke, Carol
**Subject:** RE: A 027 812 256; Ekram Saeed

The Honorable Donald Manzullo
United States Congress
Attn: Carol Wieneke

This is in response to your inquiry dated June 22, 2007. The United States Citizenship and Immigration Services (USCIS) Chicago District Office is responding to your inquiry regarding the status of your constituent, A 027 812 256, Ekram Saeed. Our information shows that the background investigation conducted by the Federal Bureau of Investigations (FBI) for your constituent has not yet been completed. We may not proceed with the adjudication of the application or petition until the FBI completes their process and our records are updated with the results. It is uncertain the time period it takes for the results to be electronically submitted to USCIS and updated in our national records.

Please be assured that every case that is pending a background investigation is checked weekly for results to keep the adjudication process ongoing and timely. We are allowed to resubmit names pending over 90 days only if the name does not appear in the FBI database after 90 days of submission. If requesting an expedite processing of the background investigation your constituent must provide a written request with an explanation directed to the District Director for consideration with supporting evidence. The FBI will only expedite the processing if your constituent is in the military, an "age-out", diversity (DV) lottery winner meeting the deadline date or for compelling reasons.

Again, it is difficult to predict with accuracy when the clearance will be updated in our records. Please be assured that every effort is being made to render a final decision in a timely manner.

Robert L. Blackwood
Field Office Director

# EXHIBIT 6



60 6 03

| | |
|---|---|
| **Name:** | **Ekram Saeed** |
| **Appointment Type:** | **Speak to immigration officer** |
| **Confirmation No.:** | **CHI-07-27078**     **Authentication Code:  f08f** |
| **Appointment Date:** | **October 2, 2007** |
| **Appointment Time:** | **3:00 PM** |
| **Location:** | **101 W. CONGRESS PARKWAY, Chicago, IL 60605; LOBBY** |

## This is your Confirmation Number:



*CHI-07-27078*

## If you wish to cancel this appointment, you will need the following Personal Identification Number:
### *41859*

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order that we may serve you more efficiently, we recommend that you bring all applicable immigration forms, letters, receipts and supporting documents. If translations are used, they should be certified. Please bring the original documents as well.**

IMMIGRATION
INFORMATION
OFFICER

10-2-07



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Citizenship and Immigration Service**
**Chicago District Office**

**STATUS INQUIRY FORM**

DATE: 10-2-07

## CORRESPONDENCE DETAILS

On Behalf of (Applicant):

A Number: A27 812 256

Name: SAEED     EKRAM
_____Last_____First_____Middle

Mailing Address: 1823 Old Oaks St.   Apt #

City: Rockford   State: IL   Zip Code: 6110?

Daytime Phone Number: 815 670 1546

Country of Birth: Egypt   Date of Birth: 2-11-55

☐ Check box if author is same as applicant
(DO NOT complete the following if box is checked)

Type of inquiry:
☐ Applicant   ☑ Attorney   ☐ CBO

Name: Shine     John
_____Last_____First_____Middle

Firm/Organization: Minsky, McCormick, & Hallagan, P.C.

Mailing Address: 122 S. Michigan Ave.

Suite # or Apt. #: 1800

City: Chicago   State: IL   Zip Code: 60603

Phone No.: 312-427-6163

## CORRESPONDENCE INFORMATION

☐ Check if telephonic inquiry

Class: GENERAL   Request Type (check all that apply): ☐ Address Change   ☐ General   ☐ Received Documents

Type of Application (check one): ☐ Adjustment of Status   ☒ Citizenship

**FORM FILED** (check boxes below that apply):   **DATE APPLICATION FILED:** _____

☐ I-130   ☐ I-485   ☐ I-751   ☐ I-765   ☐ I-824

☐ N-336   ☒ N-400   ☐ N-565   ☐ N-600   ☐ N-643   ☐ Other: _____

**REQUEST RESCHEDULE FOR** (check one): ☐ Interview   ☐ Oath   ☐ Fingerprinting

Additional Comments: Interviewed on 6/12/06. Passed exam. Application never approved.

*** **INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED REPRESENTATIVES ONLY. IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.**

*** **CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:**

Signature: _____   Date: _____

*** **MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL 60690**

CU Revised 08/14/03

## CERTIFICATE OF SERVICE

I hereby certify that on this 26 of November, 2007, a copy of the attached <u>Petition for a Hearing on Naturalization Application under 8 U.S.C. § 1447(b)</u> was served upon the Defendants by depositing them in the U.S. mail, to be sent certified mail, addressed to:

     Michael B. Mukasey
     Attorney General of the United States
     950 Pennsylvania Avenue, NW
     Washington, DC 20530-0001

     Robert Mueller
     Federal Bureau of Investigation
     J. Edgar Hoover Building
     935 Pennsylvania Avenue, NW
     Washington, D.C. 20535-0001

     Michael Chertoff
     Office of the General Counsel
     U.S. Department of Homeland Security
     Washington, DC 20528

     Emilio T. Gonzalez, Director
     U.S. Citizenship and Immigration Services
     425 Eye Street, NW
     Washington DC 20536

     Ruth A. Dorochoff, District Director,
     U.S. Citizenship and Immigration Services
     Chicago District Office
     101 West Congress Parkway
     Chicago, IL 60605

I hereby certify that on this 26 of November, 2007, a copy of the attached <u>Petition for a Hearing on Naturalization Application under 8 U.S.C. § 1447(b)</u> was served via hand delivery upon:

     Sheila M. McNulty
     Special Assistant United States Attorney
     219 S. Dearborn Street, 5th Floor
     Chicago, IL 60604

John Shine
Minsky, McCormick and Hallagan, P.C.
122 S. Michigan Ave. Suite 1800
Chicago, IL 60603