*United States District Court for the Northern District of Illinois*

Case Number: 07-50234    Assigned/IssuedBy: _____

---

## FEE INFORMATION

**Amount Due:**   ☒ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: $350.00

Date Paid: 11/26/07

Receipt #: 2353897

Fiscal Clerk: PL

**FILED**
NOV 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

## ISSUANCES

**Type Of Issuance:**

☒ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____ (Type of Writ)

6 Original and 0 copies on 11/26/07 (Date) as to:
- U.S. Attorney
- Dorochoff
- Mueller
- Mukasey
- Chertoff
- Gonzalez

C:\wpwin80\docket\feeinfo.frm  01/01