UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| MR. EKRAM SAEED, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | No: 07 C 50234 |
| | ) | |
| MICHAEL B. MUKASEY, Attorney | ) | Judge Kapala |
| General of the United States, et al.; | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## MOTION TO TRANSFER CASE TO EASTERN DIVISION OF THE NORTHERN DISTRICT OF ILLINOIS

Plaintiff, by and through his attorney, John Shine of Minsky, McCormick & Hallagan, P.C., hereby files this Motion to Transfer Case to Eastern Division of the Northern District of Illinois. In support, of this Motion, Plaintiff states the following:

1. On November 27, 2007, Plaintiff filed a complaint electronically in the Northern District of Illinois.

2. Plaintiff intended to file the complaint in the Easter Division, but due to a clerical mistake filed it in the Western Division.

3. Venue is proper in the Eastern Division pursuant to 23 U.S.C. § 1391(e)(3) and 8 U.S.C. § 1447(b) because Defendants maintain their offices in the Eastern Division and the U.S. Citizenship and Immigration Services in the Eastern Division is adjudicating Plaintiff's Application for Naturalization.

WHEREFORE, Plaintiff requests that this court transfer this case to the Eastern Division of the Northern District of Illinois.

Respectfully Submitted,

s/ John Shine
Attorney for Plaintiff

John Shine
Minsky, McCormick & Hallagan, P.C.
122 South Michigan Avenue, Suite 1800
Chicago, Illinois 60603
312-427-6163