## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50234 | **DATE** | 11/27/2007 |
| **CASE TITLE** | Saeed vs. Mukasey | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to transfer case is granted. This case is hereby transferred to the Eastern Division of the Northern District of Illinois.

*/s/ Frederick J. Kapala*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | sw |
|---|---|---|

Case 3:07-cv-50234   Document 8   Filed 11/27/2007   Page 1 of 1

07C50234 Saeed vs. Mukasey                                                          Page 1 of 1