

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
   **CLERK**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　312-435-5670

November 27, 2007

USDC/ILND EASTERN DIVISION
Everett McKinley Dirksen U.S. Courthouse
219 S. Dearborn St.; 20th Floor
Chicago, IL 60604

Re: Re: Saeed v. Mukasey
USDC No.: 07 C 50234

Dear Clerk:

The above case is being transferred to the Eastern Division pursuant to an order entered by the Honorable Judge Kapala on 11/27/07. All documents in this case have been imaged.

          Sincerely yours,

          Michael W. Dobbins, Clerk

          By: s/ Paul Gianesin, Deputy Clerk