

**MICHAEL W. DOBBINS**
**CLERK**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**



**FILED**
**NOVEMBER 27, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

312-435-5670
**07 C 50234**

November 27, 2007

USDC/ILND EASTERN DIVISION
Everett McKinley Dirksen U.S. Courthouse
219 S. Dearborn St.; 20th Floor
Chicago, IL 60604

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE NOLAN**

Re: Re: Saeed v. Mukasey
USDC No.: 07 C 50234

Dear Clerk:

The above case is being transferred to the Eastern Division pursuant to an order entered by the Honorable Judge Kapala on 11/27/07. All documents in this case have been imaged.

Sincerely yours,

Michael W. Dobbins, Clerk

By: s/ Paul Gianesin, Deputy Clerk

**CEM**