UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EKRAM SAEED,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL B. MUKASEY, Attorney General of the United States; ROBERT MUELLER, Director, Federal Bureau of Investigation; MICHAEL CHERTOFF, Secretary of Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; RUTH A. DOROCHOFF, District Director, Department of Homeland Security, Chicago District Office,<br><br>　　　　　　Defendants. | No. 07 C 50234<br><br>Judge Samuel Der-Yeghiayan |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Donald R. Lorenzen
　　DONALD R. LORENZEN
　　Assistant United States Attorney
　　219 South Dearborn Street
　　Chicago, Illinois 60604
　　(312) 353-5330
　　donald.lorenzen@usdoj.gov