# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Western Division

Ekram Saeed

                      Plaintiff,

v.                                    Case No.: 3:07−cv−50234
                                                Honorable Samuel Der−Yeghiayan

Michael B. Mukasey, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 14, 2008:

    MINUTE entry before Judge Samuel Der−Yeghiayan : Initial status hearing set for 1/31/2008 at 9:00 a.m. Counsel for the parties are directed to file the Court's Joint Initial Status Report at least 4 days prior to the initial status hearing date. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.