# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 3-07-CV-50234 | **DATE** | 1/23/2008 |
| **CASE TITLE** | Ekram Saeed vs. Michael Mukasey, et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to Plaintiff's notice of voluntary dismissal, the instant action is hereby dismissed without prejudice. All pending dates and motions are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | maw |